624

445 A.2d 245

Commonwealth v. Stewart, Appellant.

Argued November 9, 1981. Peter H. Shaffer, for appellant; Robert W. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

445 A.2d 245

Commonwealth v. Wakefield, Appellant.

Submitted November 4, 1981. Arthur K. Dils, for appellant; Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Judgment of sentence affirmed.